■ Mario Abreu, Appellant, v New York City Police Department et al., Respondents. [51 NYS3d 391]—

Order, Supreme Court, New York County (Lynn R. Kotler, J.), entered on or about September 3, 2015, which, to the extent appealed from as limited by the briefs, granted defendants' motion to dismiss the cause of action under 42 USC § 1983 as against the individual defendants, unanimously reversed, on the law, without costs, and the motion denied.

Plaintiff alleges that members of the New York City Police Department knocked down the door of his apartment, upon information and belief, without a warrant, struck him repeatedly, causing him injuries, and wrongfully arrested him, and that each of the individually named defendants was acting under color of law. These allegations state a cause of action under 42 USC § 1983 (see Delgado v City of New York, 86 AD3d 502, 511 [1st Dept 2011]). Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ.